**No. 45270.**—Protests 496673–G, etc., of Banca Commerciale Italiana et al. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protests were therefore sustained.

**No. 45271.**—Protests 486453–G, etc., of Wm. J. Hauser, Inc. (New York).

Opinion by BROWN, J. It was stipulated that the merchandise is similar to that the subject of *Cohn* v. *United States* (4 Cust. Ct. 181, C. D. 314). The protests were therefore sustained.

**No. 45272.**—Protest 46650–K of Italian Felt & Straw Corp. (New York).

Opinion by BROWN, J. It was stipulated that the wool hoods in question are similar to those the subject of *Cohn* v. *United States* (4 Cust. Ct. 166, C. D. 314). The protest was therefore sustained.

**No. 45273.**—Protest 36644–K of F. B. Wilcon Co. (Boston).

Opinion by BROWN, J. There was no appearance on the part of the plaintiff when the case was set for hearing. On the record presented the protest was overruled.

**No. 45274.**—Protest 39212–K of General Dyestuff Corp. (New York.)

Opinion by BROWN, J. The protest was sustained in accordance with stipulation of counsel.